IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAIWEI ZHOU, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | No. 23-cv-00327 <br><br> Judge John F. Kness |

# ORDER

Defendant OPTATO (the sole remaining Defendant) has not responded to Plaintiff's motion (Dkt. 25) for entry of default judgment. Accordingly, the motion is granted. Because Defendant directly targets its business activities toward consumers in the United States, including Illinois, this Court has personal jurisdiction over Defendants. *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F. Supp. 3d 924, 934 (N.D. Ill. 2016). Plaintiff has presented screenshot evidence that Defendant OPTATO is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase infringing products. *See, e.g.*, Dkt. 7. In addition, based on the evidence previously submitted by Plaintiff and the admission of liability by virtue of the default, Plaintiff has established that a permanent injunction is warranted. The infringement of Plaintiff's patents irreparably harms Plaintiff. In addition, Plaintiff is entitled to damages of $70.41 as set forth in the final judgment order being entered separately. Civil case terminated.

SO ORDERED in No. 23-cv-00327.

Date: September 7, 2023

JOHN F. KNESS
United States District Judge